IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV284-MU

| | |
|---|---|
| DOROTHY CATHCART, HARRIETT C., FEIMSTER personally and as Administratrix of the estate of SAMUEL CATHCART, deceased, TONDA CATHCART, and JORDAN CATHCART,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br>　　　　　Defendant. | **O R D E R** |

THIS MATTER comes before the Court upon its own motion. In its Order of August 25, 2005, this Court stated that Ann S. Estridge would be substituted as Plaintiff's counsel of record. This was in error; Ms. Estridge is in fact Defendant's counsel of record.

IT IS THEREFORE ORDERED that the Order of August 25, 2005, be AMENDED to reflect Ms. Estridge's status as counsel for Defendant rather than Plaintiff.

**Signed: August 29, 2005**

Graham C. Mullen
Chief United States District Judge