**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04CV284-MU**

| | | |
|---|---|---|
| **DOROTHY CATHCART, HARRIETT C.** | ) | |
| **FEIMSTER, personally and as administratrix** | ) | |
| **of the estate of SAMUEL CATHCART,** | ) | |
| **deceased, TONDA CATHCART, and** | ) | |
| **JORDAN CATHCART,** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **LIFE INSURANCE COMPANY OF** | ) | |
| **NORTH AMERICA** | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** comes before the Court on its own motion. The parties are hereby ordered to report their agreed upon choice for a mediator to the Court within thirty (30) days of the issuance of this order. If the parties cannot reach such an agreement in thirty days, the Court will appoint a mediator for this matter.

**IT IS SO ORDERED.**

Signed: March 9, 2006

Graham C. Mullen
United States District Judge