IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:04cv284- MU

| | | |
|---|---|---|
| DOROTHY CATHCART, HARRIETT C. FEIMSTER, personally and as Administratrix of the estate of SAMUEL CATHCART, deceased, TONDA CATHCART and JORDAN CATHCART | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| Defendant. | ) | |

THIS MATTER coming on upon the Consent Motion To Extend Deadline To Complete Mediated Settlement Conference and it appearing that good cause exists that said motion be granted;

IT IS THEREFORE NOW ORDERED THAT the deadline to complete Mediated Settlement Conference be extended to and through May 8, 2006.

Signed: April 11, 2006

Graham C. Mullen
United States District Judge