UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV284-MU

| | |
|---|---|
| DOROTHY CATHCART, HARRIETT C. FEIMSTER, personally and as administratrix of the estate of SAMUEL CATHCART, deceased, TONDA CATHCART, and JORDAN CATHCART,<br>　　　Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>　　　Defendant, | ORDER |

**THIS MATTER** came before the Court on the 21st day of June, 2006, for approval of minor settlement, the minor Jordan Chambers being present represented by guardian ad litem, Antonio Kee through counsel, Lawrence U. Davidson, III, defendant Life Insurance Company of North America, being represented telephonically, by Ann Estridge.

The court makes the following findings of facts:

1. The Court is fully appraised of the history of this matter having heard Plaintiff and Defendant's motions for summary judgment.

2. That Jordan Chambers, identified in the caption as Jordan Cathcart, is a third party beneficiary and claimant, is an infant under the age of 18, represented by Antonio Kee, the court appointed guardian ad litem.

3. That the settlement proposed and recommended by the guardian ad litem, is fair and reasonable.

**IT IS THEREFORE ORDERED** that a minor settlement is hereby approved and

1

the settlement proceeds are to be placed in trust for the minor child by placing same in the care and custody of the Clerk of Superior Court for the county of Gaston in accordance with the terms of N. C. G. S. § 7A-11 *et. seq.*

Signed: June 28, 2006

Graham C. Mullen
United States District Judge

2